THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CURTIS STAVINOHA, CASSIDY SHULTZ, DORIS ORSAK, CATHY HASKELL and ALFREDO GARZA, on Behalf of Themselves and Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SATTERFIELD AND PONTIKES CONSTRUCTION, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:11-CV-00826-OLG |

_____

**PLAINTIFFS' NOTICE OF MAILING NOTICES AND
NOTICES OF CONSENT TO POTENTIAL CLASS MEMBERS**
_____

Pursuant to the Court's Order Granting Plaintiffs' Motion for Notice to Potential Class Members (Doc. 15), this Notice shall confirm that on Friday, May 3, 2013, Plaintiffs mailed the Court-approved Notice and Notice of Consent Forms to each of the potential class members identified by Defendant.

                    Respectfully submitted,

                    By:  */s/ Daryl J. Sinkule*
                        DARYL J. SINKULE
                        State Bar No. 24037502
                        dsinkule@eeoc.net
                        MARTIN A. SHELLIST
                        State Bar No. 00786487
                        mshellist@eeoc.net
                        11 Greenway Plaza, Suite 1515
                        Houston, Texas 77046
                        Telephone: (713) 621-2277
                        Facsimile: (713) 621-0993

| | |
|---|---|
| **Of Counsel:** | **ATTORNEYS FOR PLAINTIFFS** |
| SHELLIST | LAZARZ | SLOBIN LLP | **AND MEMBERS OF THE CLASS** |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice of Mailing Notices and Notices of Consent to Potential Class Members was transmitted via first class mail and CM/ECF in compliance with the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the Western District of Texas to the below-designated parties on this 6th day of May, 2013.

      Counsel for Defendants:

      James P. McInerny
      Hartline Dacus Barger Dreyer LLP
      3600 One Houston Center
      1221 McKinney Street
      Houston, Texas 77010
      Facsimile: (713) 652-2419

                                                      */s/ Daryl J. Sinkule*
                                                      DARYL J. SINKULE